```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
------------------------------------------x DOC#: _____
                                            DATE FILED: 6-28-22
UNITED STATES OF AMERICA,                :

                    Plaintiff,           :

                                         :  22-CR-130 (ALC)
        -against-
                                         :  ORDER
DARREN JOHNSON,
                                         :
                    Defendant.           :

                                         :

------------------------------------------x
```

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for July 12, 2022 at 12:00 p.m. is converted to a Change of Plea Hearing.

**SO ORDERED.**

Dated:    New York, New York
          June 28, 2022

_____
ANDREW L. CARTER, JR.
United States District Judge