UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

               -against-

Darren Johnson,
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-14-22

**ORDER**
22-CR-130 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for October 13, 2022 is adjourned to **November 3, 2022** at **3:30 p.m.**.

    SO ORDERED.

Dated: New York, New York
       September 14, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**