```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-15-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                      **ORDER**
                                      22-CR-130 (ALC)

       -against-

Darren Johnson,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

      The sentencing scheduled for November 3, 2022 is rescheduled to **November 1, 2022** at **2:00 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       September 15, 2022

                                                  _____
                                                  ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE