MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 16, 2022

**By ECF and Email**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-19-22

    Re:   **United States v. Darren Johnson**
           **22 Cr. 130 (ALC)**

Dear Judge Carter:

    I write with the consent of the government to respectfully request an adjournment of Mr. Johnson's sentencing of approximately one week. I am starting a trial before Judge Hellerstein on October 25, 2022, that is now anticipated to last longer than originally planned. I expect that I will still be engaged in trial on November 1, 2022.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Tamara L. Giwa
Tamara L. Giwa
Counsel for Mr. Johnson
Federal Defenders of New York
(212) 417-8719

Cc:   AUSA Kaylan Lasky (via ECF)

---

*Handwritten endorsement:*
The application is granted. Sentencing adjourned to 11-15-22 at 12:30 p.m.
So Ordered.
/s/ Andrew L. Carter
10-19-22