**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**United States of America,**

                     -against-

**Darren Johnson,**
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/14/22

**ORDER**
**22-CR-130 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the Sentencing set for November 15, 2022 is a rescheduled to **12:00 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       November 14, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**