ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-15-22_

---------------------------------------------
UNITED STATES

vs.

Darren Johnson
---------------------------------------------

22 Cr. 130 ( ALC )

Order

To: U.S. Marshals Office

It is hereby ordered :

That the Defendant, Darren Johnson, Reg # 87476-509

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_[signature]_
United States District Judge

11/15/22
Date